# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                  **Case No.: 8:16-cv-2779-T-30AAS**

**CHARLES ALLEN,**

      **Defendant.**

_____/

## ORDER

This matter is before the Court on Plaintiff's Amended Motion to Compel (Doc. 12). In an order dated March 29, 2017, the undersigned directed Defendant to either file a response to Plaintiff's Motion or provide Plaintiff with discovery responses no later than April 14, 2017. (Doc. 14). If Defendant failed to respond in either way, the undersigned directed him to appear on April 20, 2017, to show cause for his failure to comply with the Court's directive. (*Id.*). To date, Defendant has not appeared in this action. Therefore, the Court will proceed in ruling on Plaintiff's Motion as unopposed.

According, it is **ORDERED**:

Plaintiff's Amended Motion to Compel (Doc. 12) is **GRANTED**. Defendant shall provide Plaintiff was responses to its Interrogatories and Production in Aid of Execution no later than **May 8, 2017**. As advised at the show cause hearing, if Defendant fails to respond by that time, Plaintiff may move for an award of attorney's fees and costs incurred in connection with this discovery matter.

**DONE AND ORDERED** in Tampa, Florida on this 20th day of April, 2017.


AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:

Counsel of Record

Charles M. Allen
1005 Meadow Breeze Lane
Sarasota, FL 34240